IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JATIN INVESTMENTS LLC d/b/a
Hampton Inn Jonesboro                                          PLAINTIFF

v.                              No. 3:18-cv-117-DPM

AMERICAN TELEPHONE AND
TELEGRAPH COMPANY a/k/a
AT&T; and DOES, Fictitious
Defendants A, B, and C, those persons
or entities whose wrongful conduct
caused or contributed to cause the
injuries and damages to the Plaintiff            DEFENDANTS

## ORDER

The Court notes AT&T's motion, № 5. But there is some jurisdictional fogginess. "[A]n LLC's citizenship is that of its members." *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004). The record is unclear about the citizenship of Jatin's members. Who are they and where are they domiciled? Does complete diversity exist? Notice (joint or separate) due by 18 July 2018.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 July 2018