IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JATIN INVESTMENTS LLC d/b/a
Hampton Inn Jonesboro                                      PLAINTIFF

v.                       No. 3:18-cv-117-DPM

AMERICAN TELEPHONE AND
TELEGRAPH COMPANY a/k/a
AT&T;  and DOES, Fictitious
Defendants A and John Does A-C                             DEFENDANT

## JUDGMENT

The case is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2018